The People of the State of New York, Respondent, 
against
Rahiym Noble, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Abraham L. Clott, J.), rendered December 9, 2013, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Abraham L. Clott, J.), rendered December 9, 2013, affirmed.
Defendant's guilty plea was knowing, intelligent and voluntary. The plea occurred nine months after defendant was arrested and charged, he had counsel on the case, and the matter had been previously adjourned so that he could consider a prior plea offer that he ultimately rejected. Furthermore, at the plea proceeding, defendant pleaded guilty to disorderly conduct, a violation, in exchange for a sentence of conditional discharge; and personally confirmed, in response to questioning from the court, that he was pleading guilty of his own free will, and that he understood that he was giving up his right to trial and "all the other rights [he has] in this matter." While the plea allocution could have been more robust, the record here establishes a knowing, intelligent, and voluntary waiver (see People v Conceicao, 26 NY3d 374, 384; People v Sougou, 26 NY3d 1052 [2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 17, 2016